UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KUBANYCH SADYRBAEV,

Petitioner,

v.

WARDEN NORTHWEST ICE
PROCESSING CENTER, et al.,

Respondents.

CASE NO. 2:26-cv-02028-JHC

ORDER

This matter comes before the Court on Petitioner's Motion for Extension of Time and Petitioner's Motion to Appoint Counsel.  Dkt. ## 11, 12.  For the following reasons, the Court GRANTS the Motion for Extension of Time and DENIES the Motion to Appoint Counsel.

Due to mail delays, the Court often grants extensions to detained, pro se petitioners like Petitioner here.  Petitioner has requested until July 21, 2026 to submit his optional traverse.  *See id.* at 2.  The Court grants this request.

Petitioner also requests appointed counsel.  Dkt. # 12.  He has filed a petition for federal habeas relief pursuant to 28 U.S.C. § 2241.  Dkt. # 1.  While there is no constitutional right to appointment of counsel in actions brought under § 2241, the Court may exercise its discretion to appoint counsel for a financially eligible individual when the "interests of justice so require."  18 U.S.C. § 3006A(a)(2); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) ("In

ORDER - 1

deciding whether to appoint counsel in a habeas proceeding, the district court must evaluate the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved.").  Here, for the reasons articulated in the Government's response brief and based on the issues raised in the Petition, the Court will not exercise its discretion to appoint counsel.  *See e.g.*, *K.S. v. Blanche*, 2026 WL 1169773, at *1-2 (W.D. Wash. Apr. 29, 2026) (declining to appoint counsel where Petitioner brought a similar challenge to bond denial).

For these reasons, the Court GRANTS the Motion for Extension of Time, Dkt. # 11, and DIRECTS the Clerk to re-note this matter for July 21, 2026.  The Court DENIES the Motion to Appoint Counsel.  Dkt. # 12.  Additionally, the Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 2nd day of July, 2026.

John H. Chun
United States District Judge

ORDER - 2