UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KUBANYCH SADYRBAEV,<br><br>Petitioner,<br><br>v.<br><br>WARDEN NORTHWEST ICE PROCESSING CENTER, et al.,<br><br>Respondents. | CASE NO. 2:26-cv-02028-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) The Government shall file on or before July 28, 2026, 12:00 PM Pacific Daylight Time, (1) the complete set of exhibits provided to the Tacoma Immigration Court during Petitioner's May 26, 2026 bond hearing; and (2) any recording or transcript that evidences the Immigration Judge's findings at that hearing. *See* Dkt. # 9 at 6; *see also* Dkt. # 10-3. Petitioner has already produced some exhibits supporting his showing before the Immigration Judge, *see* Dkt. # 1, and he need not re-submit them to this Court.

(2) The Court DIRECTS the Clerk to re-note this matter for July 28, 2026 and to forward a copy of this Order to all counsel of record.

Dated this 23rd day of July 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk